v.

UNITED STATES, Defendant–Appellant.

Nos. 2008–5067, 2008–5081.

United States Court of Appeals, Federal Circuit.

June 20, 2008.

James L. PRIMUS, Claimant–Appellant,

v.

James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.

No. 2008–7062.

United States Court of Appeals, Federal Circuit.

June 20, 2008.

### ORDER

The appellant having failed to respond to the court's order directing him to show cause why his appeal should not be dismissed as untimely,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each side shall bear its own costs.